UNCLASSIFIED//FOR PUBLIC RELEASE

~~TOP SECRET~~

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
GULED HASSAN DURAN (ISN 10023) )
                              )
        Petitioner,            )
                              )
    v.                         )       Civil Action No. 16-2358 (RBW)
                              )
DONALD J. TRUMP,               )
President of the United States, et al., )
                              )
        Respondents.           )
_____       )
```

Filed with CISO
Information Security Office
CISO _____
Date _____ 10/16/2020

## ORDER

In accordance with the oral rulings issued by the Court during the motions hearing on October 2, 2020, it is hereby

**ORDERED** that, on or before October 16, 2020, the respondents shall submit an ex parte filing to the Court, identifying the reasons as to their failure to disclose ███████ evidences as ███████████

**SO ORDERED** this 7th day of October, 2020.

REGGIE B. WALTON
United States District Judge

~~TOP SECRET~~